IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:19-CV-030 |
| 1.828 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; MARIA CECILIA BENAVIDEZ, *ET AL.,* | § § § § § § | |
| *Defendants.* | § | |

## JOINT STIPULATION OF DISMISSAL AND TO DISBURSE FUNDS

### I.   INTRODUCTION

1. On January 29, 2019, Plaintiff filed a Declaration of Taking ("Declaration") and Complaint in Condemnation for a twelve (12) month temporary easement for real property identified as Tracts No. RGV-RGC-4017 and RGV-RGC-4018 (hereinafter referred to as the "Property"). (Docket Nos. 1 and 2). The interest and property are more particularly described in Schedules "C", "D", and "E" of the Declaration (Docket No. 2).

2. On February 25, 2019, the United States deposited, one hundred 00/100 dollars ($100), as just compensation into the Registry of the Court.

3. On November 26, 2019, attorney Marie D. Harlan on behalf of the Defendants, Maria Cecilia Benavides and Noel Benavides, agreed to and executed a Right of Entry and as such, this condemnation procedure is no longer necessary.

## II. DISMISSAL

4. The Plaintiff, United States of America, and the Defendants, Maria Cecilia Benavides and Noel Benavides, pursuant to Fed. R. Civ. P. 71.1(i)(1)(B), jointly stipulate to the dismissal of this case, without prejudice, each party to bear their own cost.

## III. DISBURSEMENT

5. The Plaintiff, United States of America, and the Defendants, Maria Cecilia Benavides and Noel Benavides, respectfully move this Court to disburse the sum remaining in the Registry of the Court, one hundred and 00/100 dollars ($100), plus any accrued interest thereon, payable to the order of "F&A Officer, USAED, Fort Worth" The United States also respectfully requests that the check reference Tract Nos. RGV-RGC-4017 and RGV-RGC-4018.

Respectfully submitted,

*Marie Harlan*

**MARIE D. HARLAN**
McFarland PLLC
811 Louisiana St., Suite 2520
Houston, Texas 77002-1401
Telephone: (713) 325-9706
Cell:          (512) 789-6549
Facsimile:  (844) 270-5032
mharlan@mcfarlandpllc.com
www.mcfarlandpllc.com

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:*s/Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney
Southern District of Texas No. 3381592
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 992-9435
Facsimile:   (956) 618-8016
E-mail: Manuel.Muniz.Lorenzi@usdoj.gov

**JOHN A. SMITH, III**
Assistant United States Attorney
Attorney-in-Charge
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401

>Telephone: (361) 888-3111
>Facsimile: (361) 888-3234
>E-mail: john.a.smith@usdoj.gov

## Certificate of Service

I hereby certify that, on December 11, 2019, I mailed a true and correct copy of the foregoing document via regular mail to all the interested parties for whom the United States has contact information.

>By:  s/Manuel Muniz Lorenzi
>     **MANUEL MUNIZ LORENZI**
>     Assistant United States Attorney